1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    SHAWN SMALLWOOD,                        Case No. 1:24-cv-01198-KES-CDB

12              Plaintiff,                     ORDER ON STIPULATION GRANTING
                                               PLAINTIFF LEAVE TO FILE FIRST
13         v.                                  AMENDED COMPLAINT

14    SASD DEVELOPMENT GROUP LLC,              (Doc. 14)
      *et al.*,
15                                             **January 21, 2025 Deadline**
                Defendants.
16                                             Clerk of the Court to Issue Summonses

17

18         On October 4, 2024, Plaintiff Shawn Smallwood ("Plaintiff") initiated this action with the

19    filing of a complaint against Defendants SASD Development Group LLC ("SASD"), Thomas

20    Carosella, and Lisa M. Carosella (collectively, "Defendants").  (Doc. 2).  On October 29, 2024,

21    Defendants filed their answer.  (Doc. 9).  On January 6, 2025, the Court entered the scheduling

22    order and set forth case management dates and discovery deadlines, including the deadline to

23    amend the pleadings by March 7, 2025.  (Doc. 13 at 3) ("Any motions to amend the pleadings,

24    including to add or substitute parties (including Doe defendants) and/or allegations and claims,

25    must be filed by March 7, 2025.").

26         Pending before the Court is the parties' stipulated request for order granting Plaintiff leave

27    to file a first amended complaint.  (Doc. 14).  The parties stipulate that Defendants waive notice

28    and service of the amended complaint.  (*Id.*).  The first amended complaint adds as defendants

1  James C. Lundy (Doc. 16) and Tianna T. Lundy (Doc. 17).  The proposed amendment to the

2  complaint does not require any modification to the existing schedule.  *See* (Doc. 13 at 3).

3        In light of the parties' representations and good cause appearing, IT IS HEREBY

4  ORDERED:

5     1. No later than January 21, 2025, Plaintiff SHALL FILE as a stand-alone docket entry the

6        first amended complaint proposed in the parties' stipulation (Doc. 15);

7     2. Defendants shall respond to the first amended complaint within fourteen (14) days of its

8        filing (*see* Fed. R. Civ. P. 15(a)(3)); and

9     3. The Clerk of the Court is DIRECTED to issue summonses as to Defendants James C. Lundy

10       and Tianna T. Lundy (Docs. 16, 17).

11  IT IS SO ORDERED.

12     Dated:   **January 13, 2025**                    _____

13                                          UNITED STATES MAGISTRATE JUDGE

2