UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN SMALLWOOD,<br><br>                    Plaintiff,<br><br>         v.<br><br>SASD DEVELOPMENT GROUP, LLC, *et al*.,<br><br>                    Defendant. | Case No.   1:24-cv-01198-JLT-CDB<br><br>ORDER ON STIPULATION CONTINUING AUGUST 22, 2025, MID-DISCOVERY STATUS CONFERENCE TO SEPTEMBER 5, 2025, AT 9:00 AM<br><br>(Docs. 13, 26) |

Pending before the Court is the parties' joint stipulated request to continue the mid-discovery status conference from August 22, 2025, to September 5, 2025, filed on June 4, 2025. (Doc. 26).  The parties stipulate to continue the mid-discovery status conference as Plaintiff's lead counsel declares that he will be unavailable on personal business during the last two weeks of August.  (*Id.* at 2); (Doc. 26-1, Declaration of Michael R. Lozeau ¶¶ 3-7).

Good cause appearing, IT IS HEREBY ORDERED that the mid-discovery status conference set for August 22, 2025 (Doc. 13) is continued to **September 5, 2025, at 9:00 AM**. The parties are DIRECTED to file a joint mid-discovery status conference report in accordance with the operative scheduling order.  *See* (Doc. 13 at 4).

IT IS SO ORDERED.

Dated:   **June 5, 2025**                                   _____
                                                                                   UNITED STATES MAGISTRATE JUDGE